## **EXHIBIT A**

| **TRANSFEROR** | **DATE** | **AMOUNT** |
|---|---|---|
| Akorn Operating Company, LLC | 12/6/2022 | $39,932.88 |

TOTAL TRANSFERS: $39,932.88